UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RANDALL J. LINDENBERGER,

Plaintiff

v.   C-1-13-380

COMMISSIONER OF SOCIAL SECURITY,

Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 12) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the controlling principles of law and properly applied them to the particular facts of this case. This Court accepts the Report as uncontroverted. The Report and Recommendation is ADOPTED AND INCORPORATED herein.

Accordingly, the Court ADOPTS AND INCORPORATES BY REFERENCE HEREIN the Report and Recommendation of the United States Magistrate Judge (doc. no. 12). Plaintiff's Complaint is DISMISSED and this case is TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                                   s/Herman J. Weber
                                           **Herman J. Weber, Senior Judge**
                                              **United States District Court**